IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| JEREMY RAMSELL, ) | |
| ) | Civil Action No. |
|    Plaintiff, ) | |
| ) | 1:10-CV-02294 |
| v. ) | |
| ) | JURY TRIAL DEMANDED |
| MA LABORATORIES, INC. ) | |
| CHRISTINA TAY ) | |
| CHRISTIE YEE, ) | |
| ) | |
|    Defendants. ) | |

## **DISMISSAL WITH PREJUDICE**

Comes now Plaintiff, by and through his counsel of record, and hereby dismisses his Complaint and each and every of the claims alleged against Defendants, and each of them, with prejudice in their entirety.

Each side to bear its own attorney's fees and costs.

This the 31st day of December, 2010.

                                                s/Amanda A. Farahany
                                              Amanda A. Farahany
                                              Georgia Bar No. 646135

BARRETT & FARAHANY, LLP
1401 Peachtree Street, Suite 101
Atlanta, GA 30309
(404) 214-0120
(404) 214-0125

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| JEREMY RAMSELL, ) | |
| ) | Civil Action No. |
| Plaintiff, ) | |
| ) | 1:10-CV-02294 |
| v. ) | |
| ) | JURY TRIAL DEMANDED |
| MA LABORATORIES, INC. ) | |
| CHRISTINA TAY ) | |
| CHRISTIE YEE, ) | |
| ) | |
| Defendants. ) | |

_____

## CERTIFICATE OF SERVICE

I hereby certify that I filed this Certificate of Service regarding Plaintiff's VOLUNTARY DISMISSAL WITH PREJUDICE to Defendant with the Clerk of Court using the CM/ECF system, which will automatically send email notification of such filing to the following attorney of record and served this notice by electronic and first class mail to:

Mark L. Musto, Esq.
2075 N. Capitol Ave.
San Jose, CA  95132

This 31st day of December, 2010.

s/Amanda A. Farahany
Amanda A. Farahany
Georgia Bar No. 646135